UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>LUIS VARGAS,<br>                       Defendant. | 18-CR-421-2 (JPO)<br><br>Register No. 85899-054<br><br>ORDER |

J. PAUL OETKEN, District Judge:

On April 9, 2019, this Court sentenced Defendant Luis Vargas to a 66-month term of imprisonment. On April 23, 2021, the Bureau of Prisons wrote to the Court seeking clarification of the Court's judgment.

The Court hereby clarifies that the sentence imposed on Defendant on April 9, 2019, was intended to run concurrently with Defendant's state term. Accordingly, Defendant's federal sentence is ordered to commence as of the date of imposition such that his release date is on or about April 2, 2023.

SO ORDERED.

Dated: July 20, 2021
       New York, New York

                                                            J. PAUL OETKEN
                                                            United States District Judge